UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**WILLIAM LEE HOOD**                                                                                      **PLAINTIFF**

v.                                                                                  **CIVIL ACTION NO. 1:11-CV-178-M**

**BAKER HUGHES TOOL CO., Inc., et al.**                                                      **DEFENDANTS**

## MEMORANDUM OPINION

By prior Order entered November 23, 2011, the Court denied Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay the filing fee within 20 days or face dismissal of his complaint. Review of the record in this action reveals that Plaintiff has failed to pay the requisite $350 filing fee. Therefore, by separate Order, this Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date:


cc:     Plaintiff, *pro se*

4414.009